UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| CHANEL NICOLE LOVINGS, | ) |
| Plaintiff, | ) |
| v. | ) NO. 5:22-CV-00308-MAS |
| MARTIN O'MALLEY, *Commissioner of SSA*, | ) |
| Defendant. | ) |

## JUDGMENT

Consistent with the contemporaneously entered Memorandum Opinion & Order resolving the briefs submitted pursuant to General Order No 22-15 and the Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g), the Court **ORDERS** and **ADJUDGES** as follows:

1. The Court **AFFIRMS** the administrative decision and **ENTERS JUDGMENT** in favor of Defendant Commissioner of Social Security;

2. The Court **DISMISSES WITH PREJUDICE** Plaintiff's Complaint [DE 1]; and

3. The Court **STRIKES** this matter from its active docket.

Entered this 30th of January, 2024.



MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY